**UNITED STATES DISTRICT COURT**
*Western District of North Carolina*
*Charles R. Jonas Building*
*401 West Trade Street, Room 230*
*Charlotte, North Carolina 28202*

*Chambers of*
*Graham C. Mullen*
*Chief District Judge*

Phone# (704)350-7430

July 17, 2003

Honorable Carl Horn III
Unites States Magistrate Judge
United States District Court
401 West Trade Street, Room 238
Charlotte, NC 28202

Re: Sarah Cook v. Fedex Ground Package
    5:02CV150-V

Dear Judge Horn:

    I conducted a mediation on the above captioned case on Thursday, July 17, 2003. I report that the matter reached an impasse.

Sincerely,

Graham C. Mullen
Chief U.S. District Judge

GCM/chh