IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No: 5:02CV150-V

| | |
|---|---|
| SARAH COOK,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a), plaintiff Sarah Cook and defendant FedEx Ground Package System, Inc. stipulate that all claims in this matter be and they hereby are dismissed with prejudice, with each party to bear its or her own costs, attorneys fees, and expenses.

This 15 day of ~~July~~ August, 2003.

_____
Tamara W. Brooks, Esq.
N.C. Bar No. 24139
WIDIS & BROOKS PLLC
222 N. Sharon Amity Road
Charlotte, North Carolina 28211
Telephone: (704) 376-2853
Facsimile: (704) 376-3334

Attorneys for Plaintiff Sarah Cook

_____
Louis A. Bledsoe, III
N.C. Bar No. 12730
James H. Bingham, Jr.
N.C. Bar No. 29111
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

Attorneys for Defendant FedEx Ground Package System, Inc.